IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

Plaintiff(s)

Case Number: CR-3-04-132 (03)

vs

Karla Ruiz

Defendant(s)

## CLERK'S REQUEST TO RELEASE PROPERTY BOND

It appearing to the Court that the case against said defendant has been resolved being that the Judgment and Commitment was filed on December 30, 2010, defendant delivered on August 31, 2010 to UUM Camp, Victorville CA.

The Clerk requests permission to return the property secured on bond posted on behalf of defendant to: Karla Ruiz. Property located at 815 Rama Drive, La Puente, CA 91746

The Clerk request your permission to exonerate the bond posted in California so that the Central District of California may rescind its lis pendens on property located at 815 Rama Drive.

JAMES BONINI, CLERK

By _____
   Financial Deputy

IT IS SO ORDERED:

_____
THOMAS M. ROSE. DISTRICT JUDGE,
UNITED STATES DISTRICT COURT